# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

157438(42)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOHN ROBERT KANARY,
     Defendant-Appellant.

_____/

SC: 157438
COA: 336174
Missaukee CC: 2016-002776-FC

On order of the Chief Justice, the motion of defendant-appellant file a pro per supplement to the application for leave to appeal is GRANTED. The pro per supplement filed on March 26, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018



Clerk